No. 629. HENRY D. HOTCHKISS, AS TRUSTEE, ETC., APPELLANT, *v.* IRVING L. ERNST ET AL., AS TRUSTEES, ETC. Appeal from the United States Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted October 13, 1914. Decided October 26, 1914. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Coder* v. *Arts*, 213 U. S. 223, 234, 235; *Tefft, Weller & Co.* v. *Munsuri*, 222 U. S. 114, 118; *James* v. *Stone & Co.*, 227 U. S. 410, 411; *Synnott* v. *Mines Co.*, 234 U. S. 749. *Mr. Abram I. Elkus* and *Mr. Wm. A. Barber* for the appellant. *Mr. Daniel P. Hays* for the appellee.

No. 115. RUSSELL SAGE RAPHAEL, APPELLANT, *v.* THE WASATCH & JORDAN VALLEY RAILROAD COMPANY ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 19, 1914. Decided October 26, 1914. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Bagley* v. *General Fire Extinguisher Co.*, 212 U. S. 477, 479; *Weir* v. *Rountree*, 216 U. S. 607; *Shulthis* v. *McDougal*, 225 U. S. 561, 569. *Mr. Delos McCurdy* and *Mr. Thomas Bracken* for the appellant. *Mr. Joel F. Vaile, Mr. Waldemar Van Cott, Mr. E. M. Allison, Jr., Mr. Henry McAllister, Jr.,* and *Mr. William D. Riter* for the appellees.